UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-HC-2084-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| SHANE CATRON | |

By order filed 1 November 2011, respondent was committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4246(d). On 20 April 2015, the government filed a motion to discharge respondent from such commitment. The motion is supported by a letter from the Navajo Nation agreeing to assume full responsibility for respondent's custody, care and treatment. (DE # 24-1.)

The court has reviewed the motion and supporting material and finds that respondent no longer meets the criteria for commitment under 18 U.S.C. § 4246. Accordingly, IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 4246(d)(1), that respondent be unconditionally released and that this file be closed.

This 21 April 2015.

W. Earl Britt
Senior U.S. District Judge